UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dennis E. Murphree | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:13-cv-00453 |
| v. | § | |
| | § | |
| Ned A. Godshall | § | |
| | § | |
| Defendant. | § | |

### MURPHREE'S SECOND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND RULE 9(b)

Pursuant to Federal Rules of Civil procure 12(b)(6) and 9(b), Plaintiff Dennis Murphree moves the Court to dismiss the claims stated against him by Defendant Ned Godshall.

Murphree's motion is well-founded for three reasons. First, the Amended Counterclaim fails to plead facts sufficient to state a claim upon which relief may be granted. The claim for fraudulent inducement fails because the Amended Counterclaim does not establish that the alleged statements about the future of the fund were made recklessly or that Murphree knew they were false when he made them. Second, the fraudulent inducement claim also fails because it lacks the particularity required under rule 9(b). Finally, all of the claims alleged are time-barred or untimely on the face of the Amended Counterclaim.

In support of this Motion, Murphree separately files his Memorandum Supporting His Second Motion to Dismiss pursuant to Rule (12(b)(6) and Rule 9(b).

-2-

Respectfully submitted,

/s/ Charlie R. Parker
Charles R. Parker
Southern District of Texas No. 2314
State Bar No. 15479500
Anna G. Rotman
Southern District of Texas No. 957831
State Bar No. 4570134
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas  77010
713.632.8000 (Ph)
713.632.8002 (Fax)

Attorney-In-Charge for
Plaintiff Dennis E. Murphee

Certificate of Service

I hereby certify that on February 14, 2014 a copy of the foregoing was served, via ECF, on counsel for defendant as follows:

Pete T. Patterson
Patterson, PC
4309 Yoakum, Suite 2000
Houston, Texas 77006

/s/ Anna Rotman
Anna Rotman